UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOHN M. TAYLOR,<br><br>                Plaintiff,<br>  v.<br>FEDS,<br><br>                Defendant. | NO: 2:15-CV-282-RMP<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING COMPLAINT WITHOUT PREJUDICE |

      Magistrate Judge John T. Rodgers filed a Report and Recommendation on November 16, 2015. ECF No. 4. Judge Rodgers previously found that Plaintiff's application to proceed *in forma pauperis* was incomplete and ordered Plaintiff to either proffer the full filing fee, show cause why prepayment would be inappropriate, or submit a properly completed application to proceed *in forma pauperis*. ECF No. 3. Judge Rodgers recommends that, as Plaintiff did not respond to the court's prior Order, this Court dismiss Plaintiff's Complaint, ECF No. 1, and close the case. Plaintiff has not objected to the Report and Recommendation.

ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING COMPLAINT WITHOUT PREJUDICE ~ 1

Having reviewed the Report and Recommendation and the record, the Court adopts Judge Rodgers's Report and Recommendation in its entirety.

Accordingly, **IT IS HEREBY ORDERED**:

1. The Report and Recommendation, **ECF No. 4**, is **ADOPTED** in its entirety.

2. Plaintiff's Complaint, **ECF No. 1**, is **DISMISSED without prejudice**.

The District Court Clerk is directed to enter this Order, provide copies to counsel and to *pro se* Plaintiff, enter judgment accordingly, and **close** the file.

**DATED** this 4th day of December 2015.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
Chief United States District Judge