AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

JOHN M. TAYLOR

| | )  |
|---|---|
| *Plaintiff* | ) |
| v. | ) |
| | ) |
| FEDS | ) |

*Defendant*

Civil Action No.   2:15-CV-282-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❏  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:   Plaintiff's Complaint ECF No. 1, Dismissed without Prejudice

This action was *(check one)*:

❏  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❏  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge  Rosanna Malouf Peterson _____ on a motion for
         Adopting Magistrate Judge John T. Rodger 's Report and Recommendation in its entirety

Date:  12/04/2015 _____

CLERK OF COURT

SEAN F. McAVOY
_____

s/ Allison Yates
_____
*(By) Deputy Clerk*

Allison Yates
_____